[No. 5721–1. Division One. August 3, 1978.]

ROBERT H. SIELK, ET AL, *Appellants,* v. WILLIAM J. FANTOZZI, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 814428, Erle W. Horswill, J., entered May 24,

1046

1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Dore, J.